DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEE ELLEN DASCOTT,**
Appellant,

v.

**PALM BEACH COUNTY, FLORIDA,**
Appellee.

No. 4D21-2253

[November 23, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502006CA010269XXXXMBAE.

Lee Ellen Dascott, West Palm Beach, pro se.

Helene C. Hvizd, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***